John P. Sparks, Plaintiff-Respondent-Appellee, v. The Pennsylvania Railroad Company, a Corporation, Defendant-Petitioner-Appellant.

Gen. No. 48,479.

First District, Second Division.

October 23, 1962.

Order reversed and cause remanded with directions. Robert H. Bierma and A. L. Foster, Kirkland, Ellis, Hodson, Chaffetz & Masters, of Chicago (Max E. Wildman and Frederick W. Temple, of counsel), for petitioner-appellant; Louis A. Smith and Lester Munson, of Chicago, for respondent. Opinion by MR. PRESIDING JUSTICE BRYANT. Not to be published in full.